1

2  Bradford D. Myler
   Bradford D. Myler and Associates
3  785 East Utah Valley Drive, Ste. 100
   American Fork, UT 84003
4  Telephone: 1.800.652.9626
   Facsimile: 1.866.770.6495
5  Email: SheriJ@mylerdisability.com]
   Attorneys for Plaintiffs
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  _____ )
                                      )
10 IN RE: BEXTRA AND CELEBREX         )   MDL NO. 1699
   MARKETING SALES PRACTICES AND      )   District Judge: Charles R. Breyer
11 PRODUCT LIABILITY LITIGATION       )
                                      )
12 _____ )
   This Document Relates to:          )
13                                    )
   Carol Hively o/b/o Nellie Albers, et all; Roger )  STIPULATION AND ORDER OF
   Crandall, et all; and Chris Adams, et all.      )  DISMISSAL OF PLAINTIFF[S] WITH
14 (Case Nos. 07-1954; 07-1955 and 07-1956 )          PREJUDICE
   CRB)                               )
15                                    )
                                      )
16                                    )
   _____ )
17
       Come now all remaining Plaintiffs in these actions, including but not limited to: (1) Case
18
   No. 07-1954: Carol Hively o/b/o Nellie Albers; Linell Cable Jones o/b/o Reba Cable; Bertis
19
   Davis o/b/o Shirley Davis; Deborah Bevil o/b/o Bessie Dickson; James Todd Mosley o/b/o Elsie
20
   Dunham; James Fassett o/b/o George Fassett; Sharon Scheel o/b/o Johnnie Louise Gage; Faye
21
   Wilson o/b/o Debbie Masters; Alice Margaret McMillan o/b/o Hughlon McMillan; Carol
22
   Howard Pasic o/b/o Ronald Murry Pasic; Leonel Ponce o/b/o Edelia Ponce; Derrell Eckman
23
   o/b/o Pearl Reynolds, Jacqueline Shaw o/b/o Robert Shaw; Judy Smith o/b/o Robert Earl Smith;
24
   and Brenda Barragan o/b/o Shirley Struble; (2) Case No. 07-1955: Roger Crandall; Steven Frost;
25
   Roger Hagan; Sylvia McCrory; and LeRoy Wilson Jr.; (3) Case No. 07-1956: Chris Adams;
26
   Jack Brower; Toby Bullard; Vickie Busher; Lorna Carter; Kathleen Cashman; Jay Chickering;
27
   Sandral Clendening; Christina Crowther; Henrietta Dazet; Marie Donaldson; Carol Eno; James
28
   Gaunce; Elwood Hively; David Malone; Antonella Mirabella-Kelly; Arthur Noble; Wilton

-1-

1  Patillo; Shirley Stewart; Randy Williams; Carl Anglin; William Bailey; Martha Baxter; Ethel
2  Bownman-Dunn; Sarah Broadway; Karen Brown; Linda Dalman; Doris Dinwiddie; Tony Gentz;
3  Patricia Kelley; Delbert King; Edna Klingensmith; Lenora Lange; Sharlene Meeh; Doris Mickel;
4  Sharon Nichols; Ricky Oster; Sandra Painter; Teri Parmeter; Frances Patterson; Mary Reed-
5  Provini; Sandra Rish; Brenda Russell; Gwen Schoen; Gregory Scholes; Helen Scott; Joel Smith;
6  Ida Souza; Waymond Stone; Glen Streight; Exie Brenda Tenney; Julie Teeters; Ronnie Thomas;
7  Antoinette Ticali; Douglas Walton; Michael Wheelock; Wesley Wilson; and Charles Witte and
8  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
9  Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with
10 each side bearing its own attorneys' fees and costs.

DATED: 12/4, 2009    By: [signature]

Bradford D. Myler
Bradford D. Myler and Associates
785 East Utah Valley Drive, Ste. 100
American Fork, UT 84003
Telephone: 1.800.652.9626
Facsimile: 1.866.770.6495

*Attorneys for Plaintiffs*

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: February 2, 2010    By: /s/ *[signature]*

2
3  DLA PIPER LLP (US)
   1251 Avenue of the Americas
4  New York, New York 10020
   Telephone: (212) 335-4500
   Facsimile: (212) 335-4501
5  *Defendants' Liaison Counsel*

6
7
8
9
   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
10 IT IS SO ORDERED.**

11
12 Dated: FEB 1 6 2010

   Hon. Charles R. Breyer
13 United States District Court

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**