Bradford D. Myler
Bradford D. Myler and Associates
785 East Utah Valley Drive, Ste. 100
American Fork, UT 84003
Telephone: 1.800.652.9626
Facsimile: 1.866.770.6495
Email: SheriJ@mylerdisability.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer**<br><br>**Case No. 07-1956 CRB** |
| Chris Adams, et al.<br><br>vs.<br><br>Pfizer Inc, et al. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs, Jean Yost, Edward Stotts and Angie Moulton, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein with each side bearing its own attorneys' fees and costs.

DATED: 12/30, 2009     By: _____

**BRADFORD D. MYLER**
Bradford D. Myler and Associates
785 East Utah Valley Drive, Ste. 100
American Fork, UT 84003
Telephone: 1.800.652.9626
Facsimile: 1.866.770.6495
*Attorneys for Plaintiffs*

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2

3    DATED: Feb. 2, 2010        By: _____

4

5                                DLA PIPER LLP (US)
                                 1251 Avenue of the Americas
6                                New York, New York 10020
                                 Telephone: 212-335-4500
7                                Facsimile: 212-335-4501

8                                *Defendants' Liaison Counsel*

9

10

11   PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.

12

13   Dated: _____

14                                Hon. Charles R. Breyer
                                  United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PFZR/1035934/1132569v.1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE